(October 23, 2012)

Steven J. Valiquette, Appellant, v BL Partners, LLC, et al., Respondents. [952 NYS2d 442]—

Concur—Tom, J.P., Friedman, DeGrasse, Richter and Manzanet-Daniels, JJ.